```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15036
   KIMBERLY BENNETT
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-5612


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 06/12/2008 and was not confirmed.

      The case was converted to chapter 7 without confirmation 09/30/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
CHATHAM CLUB HOMEOWNERS    SECURED VEHIC     3599.00           .00           .00
LASALLE BANK               CURRENT MORTG         .00           .00           .00
LASALLE BANK               MORTGAGE ARRE    14104.00           .00           .00
WASHINGTON MUTUAL          CURRENT MORTG         .00           .00           .00
WASHINGTON MUTUAL          MORTGAGE ARRE    49186.86           .00           .00
MARSHALL FIELDS            UNSECURED        NOT FILED          .00           .00
AT & T                     UNSECURED        NOT FILED          .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED          .00           .00
BANK OF AMERICA            UNSECURED        NOT FILED          .00           .00
GEMB/CARE CREDIT CORE      UNSECURED        NOT FILED          .00           .00
CHARTER ONE                UNSECURED        NOT FILED          .00           .00
CHASE                      UNSECURED        NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED          576.73           .00           .00
DIVERSIFIED SERVICE        UNSECURED        NOT FILED          .00           .00
FIRST ACCEPTANCE SERV      UNSECURED        NOT FILED          .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED         1655.99           .00           .00
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED          .00           .00
ECMC                       UNSECURED             .00           .00           .00
NORTHERN TRUST             UNSECURED          750.99           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00           .00
SPRINT                     UNSECURED        NOT FILED          .00           .00
NEW ADDISON WESTERN CURR   UNSECURED        NOT FILED          .00           .00
NORTHERN TRUST             UNSECURED             .00           .00           .00
RIVER NORTH GROUP          DEBTOR ATTY      2,250.00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 15036 KIMBERLY BENNETT
```

```
UNSECURED                                                          .00
ADMINISTRATIVE                                                     .00
TRUSTEE COMPENSATION                                               .00
DEBTOR REFUND                                                      .00
                                  ---------------    ---------------
TOTALS                                       .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 12/29/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE